PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  Las Vegas
DISTRICT OF NEVADA  Divisional Office

Name and Office of Person
Furnishing Information on  Ellenrose Jarmolowich
THIS FORM  ☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst.
U.S. Attorney  SUSAN CUSHMAN
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Ryan Burke - FBI

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP  20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.
2:17-mj-00093-VCF

Place of
offense  County

---

CASE NO. 2:17-cr- 64

USA vs.

Defendant: JACK WILLIAM MORGAN

Address:

☐ Interpreter Required  Dialect: _____

Birth  ☑ Male  ☐ Alien
Date  ☐ Female  (if applicable)

Social Security Number _____

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody

☑ Currently in Federal Custody      _____ RECEIVED
☐ Currently in State Custody   ENTERED   _____ SERVED ON
☐ Writ Required          COUNSEL/PARTIES OF RECORD
☐ Currently on bond
☐ Fugitive            FEB 2 2 2017

CLERK US DISTRICT COURT
Defense Counsel (if any):   DISTRICT OF NEVADA

☐ FPD  ☐ CJA  ☐ RET'D   BY: _____ DEPUTY
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts ____2____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 1201(c) | Conspiracy to Commit Kidnapping | 1 |
| 4 | 18 U.S.C. § 1201(a)(1) | Kidnapping | 2 |
| 4 | 18 U.S.C. § 2 | Aiding and Abetting | 2 |
| | | | |
| | | | |