Date: 4-19-17

Concerning Jack Morgan's Legal Case

To whom it may concern:

I would like to subpeona the following witnesses:

Anthony Herman Priebe and his wife.
(Jane's father and mother) 17cr64
3121 Woodland Heights Circle
Colleyville, TX

Emily Johnson
Weatherford, TX
(attending college in Lubbock, TX)

I would also like to file a motion for the release of my phone so that I can retrieve Emily's contact information if necessary.

Thank you,

Jack Morgan

4-19-17

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
APR 21 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Jack W Morgan
NSDC
1190 E. Mesquite Ave
Pahrump, NV.
89060

US District Court - Las Vegas
333 Las Vegas Blvd. South
Las Vegas NV.
(91)1

LAS VEGAS
NV 890

Correspondence of origin
ated from a detention
facility. The facility is
not responsible for
the contents hereof.

Mailed From 89060
04/20/2017
092A 0061838671

US POSTAGE
$00.46⁰
First-Class

89101870655 C075