# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JACK WILLIAM MORGAN,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00064-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Third Motion to Appoint New Advisory Counsel (ECF No. 53), filed on June 13, 2017.

Defendant represents that he has been unable to contact Federal Public Defender Paul Riddle and requests appointment of new advisory counsel. On May 12, 2017, Defendant filed his Motion for Reappointment of Advisory Counsel (ECF No. 49) and the Court granted Defendant's request. On June 9, 2017, the Court appointed Dustin R. Marcello as Defendant's advisory counsel in the place of Federal Public Defender Paul Riddle. ECF No. 52. The Court, therefore, denies Defendant's Third Motion to Appoint New Advisory Counsel. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Third Motion to Appoint New Advisory Counsel (ECF No. 53) is **denied**.

DATED this 21st day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge